IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ELIJAH BENJAMIN BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-115 |
| | ) | |
| OFFICER HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff, incarcerated at Johnson State Prison, is proceeding *pro se* and *in forma pauperis* ("IFP") in this case filed pursuant to 42 U.S.C. § 1983. On September 12, 2024, the Court recommended dismissing the case without prejudice because Plaintiff failed to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms as directed and as is required to proceed IFP. (See doc. no. 4.) On October 9, 2024, Plaintiff filed a motion for an extension of time to provide his IFP paperwork, citing his recent transfer to a different facility as the reason for his delay. (Doc. no. 6.) The Court granted this motion, (doc. no. 7.), and the Court thereafter timely received Plaintiff's Trust Fund Account Statement and Consent to Collection of Fees forms dated prior to the entry of the Court's recommendation for dismissal, (doc. nos. 8, 9). Because Plaintiff timely filed his IFP paperwork before the deadline provided by the Court's Order extending the deadline to do so, the Court **VACATES** its September 12th recommendation for dismissal. (Doc. no. 4.) The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A in due course.

Plaintiff has furnished a certified copy of his trust fund account statement and has consented to the collection in installments of the $350.00 filing fee and any costs from his prison trust account. Based on the information furnished by Plaintiff, the Court has determined Plaintiff has insufficient funds to pay any initial filing fee.

**IT IS ORDERED** that Plaintiff's custodian, or his designee shall set aside twenty percent (20%) of all deposits to Plaintiff's trust fund account and forward those funds to the Clerk each time the set aside amount exceeds $10.00 until the $350.00 filing fee has been paid in full.

**IT IS FURTHER ORDERED** that all payments shall be designated as made in payment of the filing fee for Civil Action No. 124-115. In the event Plaintiff is transferred to another institution, Plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to Plaintiff's new custodian. The balance due from Plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

The Clerk of Court is **DIRECTED** to serve this Order on Plaintiff and Plaintiff's custodian (warden).

SO ORDERED this 21st day of October, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA