IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ELIJAH BENJAMIN BREWER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-115 |
| | ) |
| OFFICER HOBBS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Plaintiff's claims for failure to protect, failure to intervene, and conditions of confinement, as well as all official capacity claims for monetary damages. The case shall proceed as described in the Magistrate Judge's January 3, 2025 Order. (Doc. no. 15.)

SO ORDERED this __30th__ day of __January__, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA