IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ELIJAH BENJAMIN BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-115 |
| | ) | |
| OFFICER HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

Upon consideration of Defendant's status report, (doc. no. 29), the Court **EXTENDS** the stay in light of Defendant's ongoing bankruptcy proceedings and applicable automatic stay pursuant to 11 U.S.C. § 362(a)(1). Defendant shall provide the Court with a status update about the bankruptcy proceedings by April 30, 2026.

SO ORDERED this 12th day of March, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA