IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ELIJAH BENJAMIN BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-115 |
| | ) | |
| OFFICER HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED SCHEDULING NOTICE**

Upon consideration of Defendant's status report, in which Defendant reports the relevant bankruptcy proceedings have concluded, (doc. no. 31), the Court **LIFTS** the stay entered September 12, 2025, (doc. no. 26). The Court further issues the following revised schedule:

LAST DAY TO FILE MOTIONS                              June 1, 2026

LAST DAY TO FILE SUMMARY                          June 1, 2026
JUDGMENT MOTIONS

SO ORDERED this 30th day of April, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA