AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ELIJAH BENJAMIN BREWER.

Plaintiff,

**V.**

OFFICER ADRIENNE HOBBS,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 124-115

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated August 24, 2026, the Report and Recommendations of the U.S. Magistrate Judge are adopted as the opinion of this Court. Plaintiff's case is dismissed without prejudice and stands closed.

August 24, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

[signature]
*(By) Deputy Clerk*